**EXHIBIT 2:** INFRINGEMENT# 1
URL: https://www.instagram.com/talkinyanks/p/C3X6PYEuEaw/



**EXHIBIT 2:** INFRINGEMENT# 2

URL: https://www.facebook.com/photo.php?fbid=909490327637774&set=pb.100057304456453.-2207520000&type=3&checkpoint_src=any

